1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   MARQUIS D. TURNER,                    Case No.   1:25-cv-00677-EPG (PC)

11                  Plaintiff,

12         v.                              ORDER GRANTING *IN FORMA PAUPERIS*
                                           APPLICATION
13   A. YERS, et al.,
                                           (ECF No. 2)
14                  Defendants.

15

16

17         Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested

18   leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has made the showing

19   required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.[1]

20   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.

21   § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent

22   (20%) of the preceding month's income credited to Plaintiff's trust account. The California

23   Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's

24   account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid

25   in full. 28 U.S.C. § 1915(b)(2).

26   ───────────────────
[1] Plaintiff's IFP application states that he has not received any money for the last twelve months. (ECF No.
27   2, p. 1). This is false. Plaintiff's trust fund statement shows that he received $300 on April 3, 2025. (ECF
     No. 7). Plaintiff is warned that he may be sanctioned, or his case may be dismissed, if he makes false
28   statements in any future court filings.

                                            1

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED.

2. The Director of the California Department of Corrections or designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:  __**June 6, 2025**__                  ____/s/ Erica P. Grosjean____
                                           UNITED STATES MAGISTRATE JUDGE