UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS D. TURNER,<br>Plaintiff,<br>v.<br>A. YERS,<br>Defendant. | Case No. 1:25-cv-00677 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER<br><br>Doc. 23 |

Marquis D. Turner seeks to hold A. Yers, a nursing assistant at the California Substance Abuse Treatment Facility and State Prison, liable for sexual harassment. *See generally* Docs. 1, 13. The magistrate judge screened the first amended complaint and found Turner sufficiently stated a claim for sexual harassment in violation of the Eighth Amendment against A. Yers. Doc. 14.

On March 26, 2026, the magistrate judge issued an order finding service of the complaint appropriate and directing service be initiated on defendant Yers. Doc. 15. On April 2, 2026, the California Department of Corrections and Rehabilitation ("CDCR") filed a

Notice of Intent Not to Waive Service on behalf on A. Yers, indicating that there was "[n]o record of employee by this name at CDCR." Doc. 18. The U.S Marshals Service ("USMS") was unable to effect service on the defendant and returned the summons and complaint unexecuted. *See* Doc. 19.

On May 11, 2026, the magistrate judge issued an order authorizing issuance of a subpoena duces tecum and setting deadlines. Doc. 20. The magistrate judge explained how to seek a subpoena *duces tecum* to obtain documents from CDCR that would assist Turner in identifying the current address and other relevant contact information for defendant Yers. *Id.* The order directed the Clerk of Court to send Turner one copy of form AO 88B and one copy of form USM-285, and it ordered Turner to complete and return the forms within 30 days. *Id.* at 3.

After Turner failed to return the AO 88B and USM-285 forms, the magistrate judge issued an order to show cause as to why this action should not be dismissed, without prejudice, for failure to comply with court orders and failure to prosecute this case. Doc. 21. The magistrate judge gave Turner twenty-one days to respond to the order to show cause, stating that "[i]f, in response, Plaintiff submits completed forms AO 88B and USM-285 to the Court by this deadline, the Court will discharge this order to show cause." *Id.* at 2. The magistrate judge warned that "[i]f Plaintiff fails to file a response to this order, the case will be dismissed." *Id.* at 3. Turner did not respond to the order to show cause.

On August 17, 2026, the magistrate judge issued findings and recommendations and determined that terminating sanctions were warranted upon considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). Doc. 23 at 3-4. The magistrate judge recommended the court dismiss the action without prejudice. *Id.* at 4.

The court served these findings and recommendations on Turner with a notice that any objections were to be filed within 30 days. *Id.* The magistrate judge informed Turner that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 4-5 (citing

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Turner did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the court conducted a de novo review. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued August 17, 2026 (Doc. 23) are ADOPTED in full.
2. This action is DISMISSED without prejudice, for failure to prosecute and failure to comply with a court order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE